FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 2 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY LEE DUNLAP                                                    PETITIONER

vs.                         CASE NO. 4:96CR00259 GH
                                    4:05CV00981GH

UNITED STATES OF AMERICA                                            RESPONDENT

### ORDER

Petitioner, Jimmy Lee Dunlap, was indicted on November 13, 1996, charged with one count of possession with intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 841(a). Petitioner and the government entered into a plea agreement and on February 24, 1997, petitioner pled guilty to the charge in the indictment. On May 23, 1997, the Court sentenced petitioner to 135 months' imprisonment, five years of supervised release and a $100 special assessment. Petitioner did not appeal his conviction or sentence.

On July 12, 2005, petitioner filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. He alleges that he was sentenced in violation of *United States v.* Booker, 125 S. Ct. 738 (2005) because sentencing facts found by the Court were not admitted by him or submitted to a jury for its determination. He asks that the Court reduce his sentence by 75 percent or to time served.

Petitioner's request for relief is denied as *United States v. Booker* is not applicable to criminal convictions that became final before *Booker. Never Misses a Shot v. United States*, 413 F. 3d 781, 783 (8th Cir. 2005).

Accordingly, the motion to vacate, set aside or correct sentence is hereby

-1-

denied.

    IT IS SO ORDERED this 2nd day of December, 2005.

                                                 _____
                                               UNITED STATES DISTRICT JUDGE