

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 2 2005

JAMES W. McCORMACK, CLERK
BY: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY LEE DUNLAP                                                PETITIONER

vs.                     CASE NO. 4:96CR00259 GH
                              4:05CV00981GH

UNITED STATES OF AMERICA                              RESPONDENT

### JUDGMENT

Pursuant to the Order entered this date, the motion to vacate, set aside, or correct sentence is hereby denied.

IT IS SO ORDERED this 2nd day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-